Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asorenson@swlaw.com
nkanute@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE HARRIS III and CONNIE L. HARRIS, | CASE NO. 2:17-cv-02168-RFB-PAL |
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | **(First Request)** |
| WELLS FARGO BANK, N.A. DBA WELLS FARGO HOME MORTGAGE; QUALITY LOAN SERVICE CORPORATION; NATIONAL DEFAULT SERVICING CORPORATION; AND DOES I-C, inclusive, | |
| Defendants. | |

Plaintiffs Eugene Harris III and Connie L. Harris ("Plaintiffs") and Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), National Default Servicing Corporation ("National Default") and Quality Loan Service Corporation ("Quality Loan") (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree that Defendants shall have an extension of time until September 5, 2017, in which to respond to Plaintiffs' complaint. This is the first stipulation for extension of time to respond to the complaint. Nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the

parties. This Stipulation is made in good faith in an effort to save time and expense on the part of the parties, as well as to save judicial resources of this Court.

**IT IS SO STIPULATED.**

Dated: August 17, 2017

HAWKINS LAW FIRM

By: */s/ Richard E. Hawkins*
    Richard E. Hawkins, Esq.
    3430 E. Flamingo Rd, Suite 232
    Las Vegas, NV 89121
    *Attorneys for Plaintiffs*

Dated: August 17, 2017

SNELL & WILMER L.L.P

By: */s/ Holly E. Cheong*
    Amy F. Sorenson, Esq.
    Nathan G. Kanute, Esq.
    Holly E. Cheong, Esq.
    3883 Howard Hughes Parkway, #1100
    Las Vegas, Nevada 89169
    *Attorneys for Wells Fargo Bank, N.A.*

Dated: August 17, 2017

MCCARTHY & HOLTHUS, LLP

By: */s/ Daniel B. Cantor*
    Kristin A. Schuler-Hintz, Esq.
    Daniel B. Cantor, Esq.
    9510 West Sahara Avenue, Suite 200
    Las Vegas, Nevada 89117
    *Attorneys for Quality Loan Service Corp.*

Dated: August 17, 2017

TIFFANY & BOSCO, PA

By: */s/ Gregory L. Wilde*
    Gregory L. Wilde, Esq.
    212 South Jones Boulevard
    Las Vegas, Nevada 89107
    *Attorneys for National Default Servicing Corp.*

      IT IS SO ORDERED.

      Dated: 8/18/2017

      MAGISTRATE JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (First Request)** by the method indicated:

_____        U.S. Mail

_____        U.S. Certified Mail

_____        Facsimile Transmission

_____        Overnight Mail

_____        Federal Express

_____        Hand Delivery

_____X_____        Electronic Filing

and addressed to the following:

Richard E. Hawkins, Esq.
Hawkins Law Firm
3430 E. Flamingo Rd., Ste. 232
Las Vegas, NV 89121
*Attorneys for Plaintiffs Eugene Harris III and Connie L. Harris*

Kristin A. Schuler-Hintz, Esq.
Daniel B. Cantor, Esq.
McCarthy & Holthus, LLP
9510 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for Defendant Quality Loan Service Corporation*

Gregory L. Wilde, Esq.
Tiffany & Bosco, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
*Attorneys for Defendant National Default Servicing Corporation*

DATED August 17, 2017

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4820-1323-9117

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200