Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asorenson@swlaw.com
nkanute@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE HARRIS III and CONNIE L. HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. DBA WELLS FARGO HOME MORTGAGE; QUALITY LOAN SERVICE CORPORATION; NATIONAL DEFAULT SERVICING CORPORATION; AND DOES I-C, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02168-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY ON MOTION TO DISMISS**<br><br>**(Second Request)** |

Plaintiffs Eugene Harris III and Connie L. Harris ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiffs shall have an extension of time until October 13, 2017, in which to respond to Wells Fargo's motion to dismiss. Plaintiffs' response is currently due on October 10, 2017. Wells Fargo shall have an extension of time until November 3, 2017 to file a reply in support of its motion to dismiss. Wells Fargo's reply would have been due October 31, 2017. This is the second stipulation for extension of time to respond to the motion to dismiss, filed on September 5, 2017. [ECF Nos. 7-8.] Nothing in this Stipulation and Order is intended to be, or

4833-1368-6865

will be, construed as an admission of the claims or defenses of the parties. This Stipulation is made in good faith in to allow the parties sufficient time to review and fully brief the arguments for this Court.

**IT IS SO STIPULATED.**

Dated: October 10, 2017							Dated: October 10, 2017

HAWKINS LAW FIRM							SNELL & WILMER L.L.P


By: */s/ RE Hawkins*						By: */s/ Holly E. Cheong*
    Richard E. Hawkins, Esq.					    Amy F. Sorenson, Esq.
    3430 E. Flamingo Rd, Suite 232				    Nathan G. Kanute, Esq.
    Las Vegas, NV 89121					    Holly E. Cheong, Esq.
    *Attorneys for Plaintiffs*					    3883 Howard Hughes Parkway, #1100
                                                                        Las Vegas, Nevada 89169
                                                                        *Attorneys for Wells Fargo Bank, N.A.*

    IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 20th day of October, 2017.

4833-1368-6865

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY ON MOTION TO DISMISS (Second Request)** by the method indicated:

|   |   |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ____X____ | Electronic Filing |

and addressed to the following:

Richard E. Hawkins, Esq.
Hawkins Law Firm
3430 E. Flamingo Rd., Ste. 232
Las Vegas, NV 89121
*Attorneys for Plaintiffs Eugene Harris III and Connie L. Harris*

Kristin A. Schuler-Hintz, Esq.
Daniel B. Cantor, Esq.
McCarthy & Holthus, LLP
9510 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for Defendant Quality Loan Service Corporation*

Gregory L. Wilde, Esq.
Tiffany & Bosco, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
*Attorneys for Defendant National Default Servicing Corporation*

DATED October 10, 2017

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

- 3 -

4833-1368-6865